

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00052-CV

**CITY OF COLLEGE STATION, TEXAS,**

            **Appellant**

 v.

**VIRTUAL EQUITY GROUP, INC. AND
MEGA EQUITY HOLDINGS,**

            **Appellees**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 09-001135-CV-272

## MEMORANDUM  OPINION

The parties have filed an agreement to dismiss this appeal, pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, after reaching a settlement of their differences.  The parties' representatives signed the agreement.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.1.


                    TOM GRAY
                    Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 27, 2011
[CV06]